UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - -

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

DONTAY OMAR WILSON, JR.,

       Defendant.

_____/        **<u>INDICTMENT</u>**

The Grand Jury charges:

**<u>COUNT ONE</u>**
(Felon in Possession of a Firearm)

On or about August 15, 2022, in Kent County, in the Western District of Michigan, Southern Division, the defendant,

DONTAY OMAR WILSON, JR.,

knowing he had previously been convicted of one or more crimes punishable by imprisonment for a term exceeding one year, knowingly possessed a Taurus G2A 9mm pistol, and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)

## COUNT TWO
(Conspiring to Make False Statements During Purchase of Firearms)

Between on or about May 31, 2022, and on or about August 15, 2022, in Kent County, in the Southern Division of the Western District of Michigan,

DONTAY OMAR WILSON, JR.

and B.C. knowingly and intentionally combined, conspired, confederated, and agreed with each other, in connection with the acquisition of firearms from licensed dealers, to knowingly make false written statements, intended or likely to deceive such dealer with respect to any fact material to the lawfulness of the sale or other disposition of such firearm under the provisions of Chapter 44 of Title 18 of the United States Code, in violation of Title 18, United States Code, Section 922(a)(6).

### Object

The object of the conspiracy was for B.C. to purchase firearms from licensed firearms dealers for DONTAY OMAR WILSON, JR., who is prohibited from legally purchasing and possessing firearms.

### Manner and Means

It was a part of the conspiracy that DONTAY OMAR WILSON, JR. would instruct B.C. to purchase firearms for him from licensed firearm dealers. At the behest of DONTAY OMAR WILSON, JR., when B.C. made the purchases from licensed firearms dealers, she falsely represented on the Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 ("ATF 4473 form"), Firearms Transaction Record that she was the actual buyer of the firearms and that she was not acquiring the firearms on behalf of another person.

**Overt Acts**

In furtherance of the conspiracy and to effectuate its illegal object, the following overt acts, among others, were committed by one or both of the conspirators in the Western District of Michigan:

1.      On or about May 31, 2022, B.C. completed an ATF 4473 form, in which she affirmed that she was "the actual transferee/buyer" of a Taurus G3 9mm pistol, at the behest of DONTAY OMAR WILSON, JR. when, in fact, B.C. was not the actual transferee/buyer of the firearm.

2.      On or about May 31, 2022, B.C. obtained a Taurus G3 9mm pistol from Silver Bullet Firearms in Kent County.

3.      On or about May 31, 2022, B.C. transferred this Taurus G3 9mm pistol to DONTAY OMAR WILSON, JR.

4.      On or about May 31, 2022, B.C. completed an ATF 4473 form, in which she affirmed that she was "the actual transferee/buyer" of a Hi-Point C9 9mm pistol, at the behest of DONTAY OMAR WILSON, JR. when, in fact, B.C. was not the actual transferee/buyer of the firearm.

5.      On or about May 31, 2022, B.C. obtained a Hi-Point C9 9mm pistol from Dunham's Sports in Kent County.

6.      On or about May 31, 2022, B.C. transferred this Hi-Point C9 9mm pistol to DONTAY OMAR WILSON, JR.

7.      On or about May 31, 2022, B.C. completed an ATF 4473 form, in which she affirmed that she was "the actual transferee/buyer" of a SCCY CPX-2 9mm pistol, at the behest of

DONTAY OMAR WILSON, JR. when, in fact, B.C. was not the actual transferee/buyer of the firearm.

8.     On or about May 31, 2022, B.C. obtained a SCCY CPX-2 9mm pistol from Dunham's Sports in Kent County.

9.     On or about May 31, 2022, B.C. transferred this SCCY CPX-2 9mm pistol to DONTAY OMAR WILSON, JR.

10.     On or about August 3, 2022, B.C. completed an ATF 4473 form, in which she affirmed that she was "the actual transferee/buyer" of a Taurus G2C 9mm pistol, at the behest of DONTAY OMAR WILSON, JR. when, in fact, B.C. was not the actual transferee/buyer of the firearm.

11.     On or about August 3, 2022, B.C. obtained a Taurus G2C 9mm pistol from Dunham's Sports in Kent County.

12.     On or about August 3, 2022, B.C. transferred this Taurus G2C 9mm pistol to DONTAY OMAR WILSON, JR.

13.     On or about August 15, 2022, B.C. completed an ATF 4473 form, in which she affirmed that she was "the actual transferee/buyer" of a Taurus G2S 9mm pistol, at the behest of DONTAY OMAR WILSON, JR. when, in fact, B.C. was not the actual transferee/buyer of the firearm.

14.     On or about August 15, 2022, B.C. obtained a Taurus G2S 9mm pistol from Dunham's Sports in Kent County.

15.     On or about August 15, 2022, B.C. transferred this Taurus G2S 9mm pistol to DONTAY OMAR WILSON, JR.

16.     On or about August 15, 2022, B.C. completed an ATF 4473 form, in which she affirmed that she was "the actual transferee/buyer" of a Taurus G2A 9mm pistol, at the behest of DONTAY OMAR WILSON, JR. when, in fact, B.C. was not the actual transferee/buyer of the firearm.

17.     On or about August 15, 2022, B.C. obtained a Taurus G2A 9mm pistol from Cabela's in Kent County.

18.     On or about August 15, 2022, B.C. transferred this Taurus G2A 9mm pistol to DONTAY OMAR WILSON, JR.

19.     On or about August 15, 2022, B.C. completed an ATF 4473 form, in which she affirmed that she was "the actual transferee/buyer" of a Taurus G2S 9mm pistol, at the behest of DONTAY OMAR WILSON, JR. when, in fact, B.C. was not the actual transferee/buyer of the firearm.

20.     On or about August 15, 2022, B.C. obtained a Taurus G2S 9mm pistol from Dunham's Sports in Kent County.

21.     On or about August 15, 2022, B.C. transferred this Taurus G2S 9mm pistol to DONTAY OMAR WILSON, JR.

18 U.S.C. § 371
18 U.S.C. § 922(a)(6)

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
ERIN K. LANE
Assistant United States Attorney